ON PETITION FOR REHEARING AND
SUGGESTION FOR REHEARING
EN BANC

(Opinion April 29, 1986, 11th Cir.,
1986, 787 F.2d 1528)

Before RONEY, Chief Judge, GOD-BOLD, TJOFLAT, HILL, FAY, VANCE, KRAVITCH, JOHNSON, HATCHETT, ANDERSON, CLARK and EDMONDSON, Circuit Judges.

ON PETITION FOR REHEARING AND
SUGGESTION FOR REHEARING
EN BANC

(Opinion March 25, 1986, 11th Cir.,
1986, 784 F.2d 1533)

Before RONEY, Chief Judge, GOD-BOLD, TJOFLAT, HILL, FAY, VANCE, KRAVITCH, JOHNSON, HATCHETT, ANDERSON, CLARK and EDMONDSON, Circuit Judges *.

BY THE COURT:

A member of this court in active service having requested a poll on the application for rehearing en banc and a majority of the judges of this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc *without* oral argument. The clerk will specify a briefing schedule for the filing of en banc briefs. The previous panel's opinion is hereby VACATED.

## Mary BROWN, et al., Plaintiffs-Appellants,

### v.

## HOUSING AUTHORITY OF the CITY OF Mc RAE, GEORGIA, et al., Defendants-Appellees.

### No. 85–8186.

United States Court of Appeals,
Eleventh Circuit.

Oct. 27, 1986.

Howard Sokol, Macon, Ga., M. Ayers Gardner, Atlanta, Ga., for plaintiffs-appellants.

R. William Buzell, II, Macon, Ga., Lawrence B. Lee, Savannah, Ga., Edwin B. Brading, Dept. of Housing & Urban Dev., Atlanta, Ga., for defendants-appellees.

